# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

24 HOUR FITNESS USA, INC., *et al.*,

    Petitioners,

v.

JEFFERY GARAY,

    Respondent.

Case No. 2:11-CV-01950-KJD-CWH

**ORDER**

    Presently before the Court is Petitioners' Notice of Order (#16). Pursuant to an order of the court in related litigation in the United States District Court for the Northern District of California, Petitioners are precluded from further prosecuting this action. Petitioners requests that this Court stay the present action until they are no longer precluded from proceeding. Good cause being found the Court grants Petitioner's motion to stay.

    Accordingly, IT IS HEREBY ORDERED that the present action is **STAYED**;

    IT IS FURTHER ORDERED that all outstanding motions are **DENIED as moot**;

    IT IS FURTHER ORDERED that the Clerk of the Court administratively close this case until either party files a motion to lift the stay.

    DATED this 12th day of July 2012.

_____
Kent J. Dawson
United States District Judge